## MASCUILLI, ADMINISTRATRIX *v.* UNITED STATES.

No. 274.  Decided May 22, 1967.

*Abraham E. Freedman, Milton M. Borowsky* and *Martin J. Vigderman* for petitioner.

*Solicitor General Marshall, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed. *Mahnich* v. *Southern S. S. Co.,* 321 U. S. 96; *Crumady* v. *The Joachim Hendrik Fisser,* 358 U. S. 423.

MR. JUSTICE HARLAN, MR. JUSTICE STEWART, and MR. JUSTICE WHITE are of the opinion that certiorari should be denied.